STATE OF MONTANA,
                    Plaintiff,                                    NO. ADC 95-168
          VS.                                                      DECISION
Andy Rodriguez Lopez,
                    Defendant.

On November 7, 1995, it was ordered that for the offense of Count II - Criminal

Possession of Dangerous Drugs (cocaine), a felony, the defendant is sentenced to the Montana State Prison for a period of five (5) years. The defendant is granted 125 days' credit for time served prior to sentencing.

On August 22, 1996, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 22nd day of August, 1996.

DATED this 16th day of September, 1996.

**Chairman, Hon. Ted O. Lympus**
**Member, Hon. Jeffrey M. Sherlock**
**Member, Hon. William Nels Swandal**

The Sentence Review Board wishes to thank Andy R. Lopez for representing himself in this matter.